The People of the State of Illinois, defendant in error, v. Ros Chiarelli, plaintiff in error. Gen. No. 7,687.
Prosecution for possessing and manufacturing intoxicants and for possessing a still. Conviction and sentence. Error to the Circuit Court of Winnebago county; the Hon. Edward D. Shurtleff, Judge, presiding. Heard in this court at the October term, 1926. Affirmed. Opinion filed September 29, 1927.
Fisher, North, Linscott & Gibboney, for plaintiff in error. William D. Knight, State's Attorney, and A. B. Louison, Assistant State's Attorney, for defendant in error.
Mr. Justice Jones delivered the opinion of the court.

In re estate of Mary E. Brown, deceased.
Albert J. Selleck, administrator, appellant, v. Eugene A. Whitney, appellee. Gen. No. 7,699.
Appeal from disallowance of administrator's disbursement. Appeal from the Circuit Court of Knox county; the Hon. Walter C. Frank, Judge, presiding. Heard in this court at the October term, 1926. Reversed and remanded with directions. Opinion filed September 29, 1927.
Alvah·S. Green and R. L. Stuart, for appellant; John S. Bishop, of counsel. A. J. Boutelle, for appellee; M. C. King, of counsel.
Mr. Justice Jones delivered the opinion of the court.

D. B. McPherson, appellee, v. Board of Education of Waukegan Township High School District, appellant. Gen. No. 7,704.
Action to recover unpaid balance of teacher's salary. Judgment for plaintiff. Appeal from the County Court of Lake county; the Hon. Perry L. Persons, Judge, presiding. Heard in this court at the October term, 1926. Affirmed. Opinion filed September 29, 1927.
Miller, Herr, Parnass & Bullinger, for appellant; William E. Herr and George W. Field, of counsel. Ernest S. Gail, for appellee.
Mr. Justice Jones delivered the opinion of the court.

C. S. Kilbourne, appellee, v. Clyde W. Miller, appellant. Gen. No. 7,709.
Interpleader in attachment. Judgment against interpleader. Appeal from the City Court of the City of Kewanee; the Hon. H. Sterling Pomeroy, Judge, presiding. Heard in this court at the October term, 1926. Reversed and remanded with directions. Opinion filed September 29, 1927.
John T. Cummings, for appellant. Andrews & O'Connor, for appellee.
Mr. Justice Jones delivered the opinion of the court.